United States District Court
Southern District of Texas

**ENTERED**

June 30, 2020

David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| NICHOLE GAMBLE LOWE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-19-0167 |
| | § | |
| ANDREW SAUL, | § | |
| Commissioner of the Social Security | § | |
| Administration, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons stated in the court's Memorandum and Order entered this date, this action

is dismissed with prejudice.

This is a final judgment.

SIGNED on June 30, 2020, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge